IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00479-CMA-CBS

HEATHER REED,

    Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Amended Unopposed [Docket No. 19] Motion for Extension of Time to File Motion for Extension of Time *(doc. # 20)* is GRANTED. Defendant's Motion for Extension of Time to File Motion for Extension of Time *(doc no. 19-2)*, tendered to the court on August 10, 2009, is accepted for filing as of the date of this order.

    IT IS FURTHER ORDERED that Defendant's Motion for Extension of Time to File Motion for Extension of Time *(doc. # 19)* is MOOT.


**DATED:**    August 17, 2009