IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00479-CMA-CBS

HEATHER REED,

    Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Extension of Deadlines and to Amend Scheduling Order (*doc. # 26*) is GRANTED. The Scheduling Order is modified as follows:

1. Rule 26(a)(2) affirmative expert disclosures deadline is extended to **January 11, 2010**;
2. Rule 26(a)(2) rebuttal expert disclosures deadline is extended to **February 12, 2010**;
3. Discovery deadline is extended to **March 12, 2010**;
4. Dispositive motion deadline is extended to **April 9, 2010**; and
5. Final Pretrial Conference is RESET to **May 25, 2010, at 9:15 a.m., (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are directed to submit a proposed Final Pretrial Order no later than **May 18, 2010**.

**DATED:**    September 14, 2009