IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00479-CMA-CBS

HEATHER REED,

    Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal (Doc. # 31). The Court having considered the Stipulation for Dismissal, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED: December __7__, 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge